

**IN the INTEREST OF: M.B., a Minor**

**1681 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–DP–0000920–2016 (Philadelphia)

Appeal Dismissed

**IN the INTEREST OF: N.B., a Minor**

**1684 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–DP–0000922–2016
(Philadelphia)

Appeal Dismissed

**COM.**

v.

**WHITEFIELD, A.**

**2103 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–CR–0015000–2013
(Philadelphia)

Affirmed

**IN the INTEREST OF: N.K.S., a Minor**

**2778 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–AP–0000587–2016,    CP–51–DP–
0001111–2013 (Philadelphia)

Affirmed

**IN the INTEREST OF: C.A.S., a Minor**

**2779 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–51–AP–0000588–2016,    CP–51–DP–
0001112–2013 (Philadelphia)

Affirmed

**COM.**

v.

**STREETER, C.**

**3092 EDA 2016**

Superior Court of Pennsylvania.

07/31/2017

CP–09–CR–0000368–2016 (Bucks)

Affirmed

